# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

MATT RHOADES, TRUSTEE AND INDIANA STATE COUNCIL OF PLASTERERS AND CEMENT MASONS HEALTH AND WELFARE AND PENSION FUNDS,

        Plaintiffs,

v.

HOFMANN, INC. an Indiana domestic for-profit corporation, and HOFMANN CONSTRUCTION, INC., an Indiana domestic for-profit corporation,

        Defendants.

No. 1:23-cv-776-JPH-MJD

> The Court acknowledges the Notice of Voluntary Dismissal Without Prejudice. Dkt. 19. The Clerk is DIRECTED to close this case on the docket.
> JPH 11/29/2023.
> Distribution via ECF.

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Now comes the Plaintiffs, by counsel, and hereby dismisses this action against Defendant, HOFMANN CONSTRUCTION, INC., without prejudice pursuant to the provisions of Rule 41(a) of the Federal Rules of Civil Procedure.

        Respectfully submitted,

        MATT RHOADES, et. al.

        /s/ Donald D. Schwartz
        Donald D. Schwartz

Donald D. Schwartz
ARNOLD AND KADJAN, LLP
35 E. Wacker Dr., Suite 600
Chicago, IL 60601
Phone: (312) 236-0415
Fax: (312) 341-0438
dds@aandklaw.com